UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>GENNARO'S LIMITED LIABILITY COMPANY, et al.,<br><br>    Defendants. | Case No. 21-cv-08102-SVK<br><br>**INTERIM ORDER RE MOTION TO BE RELIEVED AS COUNSEL FOR DEFENDANTS**<br><br>Re: Dkt. No. 24 |

  Counsel for Defendants Gennaro's Limited Liability Company and Ganeshkrupa 86 Corporation move for leave to withdraw as counsel of record. Dkt. 24. In this District, "[c]ounsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case." Civil L.R. 11-5(a). There is no indication that defense counsel has provided notice to Defendants of the pending motion to withdraw.

  Accordingly, by **January 20, 2022**, defense counsel shall serve a copy of the motion to withdraw and this order on each Defendant and file a proof of service with the Court. If either Defendant wishes to object or otherwise respond to the motion to withdraw, they have until **February 3, 2022** to file their response with the Court.

  **SO ORDERED.**

Dated: January 18, 2022

                            *Susan van Keulen*
                           SUSAN VAN KEULEN
                           United States Magistrate Judge